UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GALEN McLEAN,

    Petitioner,

                                    Case No. 1:19-cv-799

v.

                                    HONORABLE PAUL L. MALONEY

RANDEE REWERTS,

    Respondent.

_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  June 2, 2021
                                                                 /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                 United States District Judge